IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DUKE YOUNG,          No. 2:15-CV-0733-TLN-CMK-P

      Plaintiff,

  vs.                              ORDER

CHRISTOPHER SMITH, et al.,

      Defendants.

_____/

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff seeks the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). A finding of "exceptional circumstances" requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims on his own in light of the complexity of the legal

issues involved.  See Terrell, 935 F.2d at 1017.  Neither factor is dispositive and both must be viewed together before reaching a decision.  See id.

       In the present case, the court does not at this time find the required exceptional circumstances.  First, plaintiff has demonstrated an ability to articulate his claims on his own.  Second, the legal question involved – whether defendants were deliberately indifferent to a serious medical need – is not particularly complex.  Finally, while plaintiff has articulated coherent claims and has the possibility of prevailing, the court cannot say at this early stage of the proceedings that plaintiff is likely to prevail.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (Doc. 13) is denied.

DATED:  February 12, 2016

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE