**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY CE CE YOUNG, formerly known As Christopher Duke Young,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SMITH, et al.,<br><br>Defendants. | No. 2:15-CV-0733-TLN-CMK-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 16, 2016, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  (ECF No. 26.)  Plaintiff filed timely objections to the findings and recommendations.  (ECF No. 28.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 12, 2016 (ECF No. 26), are adopted in full;
2. Smiley is dismissed as a defendant to this action, which proceeds as against Defendants Smith, Andrews, Cuppy, and Kumar; and
3. Plaintiff's motion for injunctive relief (ECF No. 14) is denied.

Dated: March 30, 2016

Troy L. Nunley
United States District Judge