IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CINDY CECE YOUNG,** | Case No. 2:15-cv-00733 TLN CMK |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST TO FILE EXHIBITS UNDER SEAL** |
| **v.** | |
| **CHRISTOPHER SMITH, et al.,** | |
| Defendant. | |

The Court has reviewed Defendant's request to file Exhibits 1 and 2, attached to the

declaration of C. Smith, and containing sensitive and private medical and mental health

information, under seal.  Good cause appearing, Exhibits 1 and 2, attached to the declaration of C.

Smith, will be filed under seal.

**IT IS SO ORDERED.**

Dated:  September 8, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1