IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CINDY CE CE YOUNG, formerly known as Christopher Duke Young,

Plaintiff,

vs.

CHRISTOPHER SMITH, et al.,

Defendants.

No. 2:15-CV-0733-TLN-CMK-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion (Doc. 61) to strike plaintiff's surreply brief. Because plaintiff has filed a notice of withdrawal of her surreply brief (see Doc. 62), defendants' motion will be denied as moot. Plaintiff's surreply brief (Doc. 60) will be disregarded. Defendants' motion to dismiss (Doc. 45) will be addressed by separate findings and recommendations.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to strike (Doc. 61) is denied as moot; and
2. Plaintiff's surreply brief (Doc. 60) is disregarded.

DATED: June 20, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE